[No. 28732-3-II.  Division Two.  March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN KAY ECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-8-00261-2, Barbara D. Johnson, J., entered April 18, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28863-0-II.  Division Two.  March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBIE J. GLENN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00141-6, James B. Sawyer II, J., entered May 15, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 20108-2-III.  Division Three.  March 27, 2003.]

PAMELA S. SHUPE, *Appellant*, v. EFFIE JEAN KETTING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 93-2-00261-8, Dennis D. Yule, J., entered March 23, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 43336-9-I.  Division One.  March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON CHARLES DEGRUY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08961-8, Charles W. Mertel, J., entered September 11, 1998. *Reversed* by unpublished per curiam opinion.